# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Katharine S. Hayden |
| v. : | |
| : | Crim. No. 09-079 (KSH) |
| SHAON GRIFFIN : | |
| : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Brooke E. Carey, Assistant United States Attorney, appearing), in the presence of Shaon Griffin (Kenyata Stewart, Esq., appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Shaon Griffin without bail pending trial in the above-entitled matter, and the Court having addressed bail at a violation of conditions hearing held on July 13, 2009 the Court makes the following findings:

1. On February 9, 2009, a five-count Indictment was filed against defendant Shaon Griffin, charging him in three of the five counts. Count One charges the defendant with knowingly and intentionally conspiring and agreeing with others to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, contrary to Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and in violation of Title 21, Title 21 United States Code, Section 846. The minimum term of imprisonment for the offense charged is 5 years and the maximum is 40 years. Counts Four and Five charge the defendant with distributing and possessing with intent to distribute a quantity of a mixture or substance

containing heroin, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). The maximum term of imprisonment for Counts Four and Five is 20 years.

2. On February 11, 2009, United States Magistrate Judge Claire C. Cecchi released the defendant on the following conditions: $200,000 bond secured by property located at 117 Van Horne St. Jersey City, New Jersey; Pretrial services supervision; Arvanese Griffin to serve as Third Party Custodian; electronic monitoring, must remain at his residence at all times except for attorney visits, court appearances, medical treatment and religious services; drug testing and treatment as deemed appropriate by Pretrial Services; travel restricted to New Jersey; and must maintain residence as approved by Pretrial Services.

3. On May 29, 2009, the defendant was re-arrested and charge with a new complaint, Mag. No. 09-3078 (PS), charging him with knowingly and intentionally conspiring and agreeing with others to distribute and possess with intent to distribute a quantity of a mixture or substance containing heroin, contrary to Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and in violation of Title 21, Title 21 United States Code, Section 846. The new charges were based on two heroin sales made by the defendant on April 29 and May 29, 2009.

4. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), including the substantial penalties faced by defendant and his re-arrest for similar charges while out on bail pending the outcome of this case, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Shaon Griffin as required.

5. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court further finds that no condition or combination of conditions will reasonably assure the safety of the community.

IT IS, therefore, on this \_\_15th\_\_ day of July, 2009

ORDERED that the motion of the United States for an order detaining defendant Shaon Griffin without bail pending trial is hereby granted without prejudice to defendant Shaon Griffin to file a motion for reconsideration, and defendant Shaon Griffin is hereby ordered detained pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Shaon Griffin be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Shaon Griffin be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Shaon Griffin be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Shaon Griffin shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge